ACCEPTED
12-15-00023-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/3/2015 12:24:59 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/3/2015 12:24:59 PM

CATHY S. LUSK
Clerk

3 MARCH 2015

Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

**Re: Darryl Daniels v. State**
**12-15-00023-CR**

Ms. Lusk:

Attached, please find a copy of the letter sent to my client regarding the opinion issued by the Court and the right to file a PDR.

If there is anything else I need to do, please let me know.

Sincerely,

/s/ Austin Reeve Jackson

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Nita Reece_  ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

N.TA Reece

1. Article Addressed to:

Darryl Daniels
Inmate 01928902
Bradshaw
PO Box 9000
Henderson, TX 75653

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*

PS Form **3811**, July 2013          Domestic Return Receipt

12 February 2015

Mr. Darryl Earl Daniels, Jr.
Inmate 01928902
Bradshaw Unit
P.O. Box 9000
Henderson, TX 75653

Mr. Daniels:

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case.  The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals.  If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion. That is by, 13 March 2015.

I would be happy to address any questions or concerns you have if you will simply let me know.


Sincerely,


Austin Reeve Jackson